# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAMIEN HALLIBURTON, A/K/A HAKEEM HALLIBURTON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 82291

FILED

JAN 22 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on January 16, 2020. Appellant did not file the notice of appeal, however, until December 28, 2020, well after the expiration of the 30-day appeal period described by NRAP4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Ronald J. Israel, District Judge
Damien Halliburton
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

21-01894